*E-Filed 4/12/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYRON HOBBS, | No. C 10-0251 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN BRUNO COUNTY JAIL, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.

Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, by February 18, 2010, or face dismissal of the action. Plaintiff has filed an incomplete application, having failed to file a copy of his prisoner trust account statement showing transactions for the last six months, though he has filed two copies of a certificate of funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice. Plaintiff's motion to proceed IFP (Docket No. 2) is DENIED.

This order terminates Docket No. 2.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: April 9, 2010

_____
RICHARD SEEBORG
United States District Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Byron Hobbs
General Delivery
101 Hyde Street
San Francisco, CA 94102

DATED: 04/12/2010

s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.